E-filing

FILED
08 JUL 16 AM 10:
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name  SMITH  ,  REGINALD
        (Last)      (First)        (Initial)

3
4  Prisoner Number  T 43912

5  Institutional Address  5325 BRODER BL. Dublin Calif 94568

6  =================================================
7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

8  SMITH, REGINALD                           )
   (Enter the full name of plaintiff in this action.)  )    CV  08    3421
9                                            )
                    vs.                      )    Case No. _____
10  People of the State of California        )    (To be provided by the clerk of court)
                                             )
11  D.A. MORIMOTO J.M, J. Black,             )    PETITION FOR A WRIT
                                             )    OF HABEAS CORPUS WHA
12  SMITHSTEIN.S. DAVIS M, ENCINIAS.J        )
                                             )
13  BELES.R, MEREDITH KAREN et al.,          )
14  (Enter the full name of respondent(s) or jailer in this action)  )
                                             )                            (PR)
15                                           )
   =================================================
16                  Read Comments Carefully Before Filling In

17  When and Where to File

18      You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23      If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  Who to Name as Respondent

2       You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6       If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now and the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11       1. What sentence are you challenging in this petition?

12            (a)    Name and location of court that imposed sentence (for example; Alameda

13                   County Superior Court, Oakland):

14                   _Alameda county_          _1225 Fallon Street Oakland_

15                   Court                          Location

16            (b)    Case number, if known _157569, After Violation, Ending march 6, 2008_

17            (c)    Date and terms of sentence _SVP Commitment in Volunteer_

18            (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                   parole or probation, etc.)          Yes _X_   No _____

20                   Where?

21                   Name of Institution: _Santa Rita county Jail_

22                   Address: _5325 Brodex BL, Dublin Calif 94568_

23       2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  _288(a) in 2000 year.. 1 conviction with NO DNA Evidence, As documented._

27  _NO Evidence of Penatration, As to such Alligations And felonie's Accounts with medical facts. Then-_

28  _- contradictive All false Alligation, From "No sexual offenses dictated to one." Fvictim's to one._

1    3. Did you have any of the following?

2        Arraignment:                          Yes __X__    No ____

3        Preliminary Hearing:                  Yes ____    No __X__

4        Motion to Suppress:                   Yes ____    No __X__

5    4. How did you plead?

6        Guilty ____    Not Guilty ____    Nolo Contendere __X__

7        Any other plea (specify) _____ N/A _____

8    5. If you went to trial, what kind of trial did you have?

9        Jury ____    Judge alone ____    Judge alone on a transcript __X__

10    6. Did you testify at your trial?            Yes ____    No __X__

11    7. Did you have an attorney at the following proceedings:

12        (a)    Arraignment                  Yes __X__    No ____

13        (b)    Preliminary hearing          Yes ____    No __X__

14        (c)    Time of plea                 Yes __X__    No ____

15        (d)    Trial                        Yes ____    No __X__

16        (e)    Sentencing                   Yes __X__    No ____

17        (f)    Appeal                       Yes __X__    No ____

18        (g)    Other post-conviction proceeding    Yes ____    No __X__

19    8. Did you appeal your conviction?          Yes __X__    No ____

20        (a)    If you did, to what court(s) did you appeal?

21            Court of Appeal              Yes __X__    No ____

22            Year: _2002-3_    Result: _DENIED_

23            Supreme Court of California    Yes ____    No __X__

24            Year: _____    Result: _____ N/A

25            Any other court        Yes __X__    No ____

26            Year: _2002_    Result: _DENIED_

27

28        (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1                      petition?                        Yes __X__    No_____

2       (c)    Was there an opinion?        Yes _____   No__X__

3       (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                           Yes _____   No_____

5                If you did, give the name of the court and the result:

6                                                   N/A

7

8 9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9 this conviction in any court, state or federal?          Yes _____   No__X__

10       [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11 challenged the same conviction you are challenging now and if that petition was denied or dismissed

12 with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13 for an order authorizing the district court to consider this petition. You may not file a second or

14 subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15 U.S.C. §§ 2244(b).]

16       (a)    If you sought relief in any proceeding other than an appeal, answer the following

17               questions for each proceeding. Attach extra paper if you need more space.

18              I.    Name of Court: _____ N/A _____

19                    Type of Proceeding: _____ N/A _____

20                    Grounds raised (Be brief but specific):   N/A

21                    a._____

22                    b._____

23                    c._____

24                    d._____

25                    Result:_____ N/A _____Date of Result:_____

26              II.   Name of Court: _____ N/A _____

27                    Type of Proceeding: _____ N/A _____

28                    Grounds raised (Be brief but specific):   N/A

1           a._____

2           b._____

3           c._____

4           d._____

5           Result: _____ N/A _____ Date of Result:_____

6    III.   Name of Court: _____ N/A _____

7           Type of Proceeding: _____ N/A _____

8           Grounds raised (Be brief but specific): N/A

9           a._____

10          b._____

11          c._____

12          d._____

13          Result: _____ N/A _____ Date of Result:_____

14   IV.   Name of Court: _____ N/A _____

15          Type of Proceeding: _____ N/A _____

16          Grounds raised (Be brief but specific): N/A

17          a._____

18          b._____

19          c._____

20          d._____

21          Result: _____ N/A _____ Date of Result:_____

22  (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

23          Yes X  No____

24          Name and location of court: _Alameda County Superior Court, Dept. 7._

25  **B. GROUNDS FOR RELIEF**

26  State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS    - 5 -

1   need more space. Answer the same questions for each claim.

2   [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3   petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5   Claim One: INEFFECTIVE defense counsel FAILURE TO INVESTIGATE AND PreHAR-REseATD REP-

6   FAILURE TO DiscrediT ARD ChAllENGE THE FAlsE EVALUATION PreTried AS EVidence.

7   Supporting Facts: defense FAILURE to Produce WITNESES RELEVENT EVidences of Job,

8   AcquinTENCE, FACTS of AmenAbility to CommuniTY VolunTAY TREATMENT, AS document ED,

9   Provide TWO EXPERTS on mY behalf, DNA TEStiing on PriorconViction, DENied TESTING, DNA.

10  DENiEd TO VisiT, Produce EVidences to ConTradicT A FAlse EVAluATion, HAVing A PreJudice Mind

11  Claim Two: ProseCUTOR MisconduCT TO Allow the USE of AN Altered EVALUATION

12  willfullY TO then Petition defendanT KNOWING of AN EXPOST FACTO CLAUSE Violation.

13  Supporting Facts: SVP PETITION Allow deTENTION of defendANT who SERVED HiS underlying

14  TERM, of one conViction of A 2000 Prior conVigion. DYThe EffecTive dATE, NOV SECG

15  ArT.I SEC.10 clause I of THE Fed, consT NO STATE shAll "PressAnY Bill of allcad, ExPOST FACTO

16  LAW, A PETITion ImPosed PunishmenT AS ConfinemenT is PUNITive PunishmenT?.

17  Claim Three: DuE TO AcTion of discriminATIon ANd PreJudice ATTitude TO

18  PreHAR FAlse EVidence both DR.SMIThSTEiN,S And DR.DAViS M. PreSENTed.

19  Supporting Facts: IN 2000 Dr.V.Jackson documenTed EVALUATION STATING, I The

20  DefendamT DO NDT MEET THE SVPA CriTERia, RELEASed From COLE of A NON

21  SEXUALL Offense.Then VioLATed AfTER, satisfactorY on ParolE,ThenSUCH ACTION

22  of SCHEME. ExPErTS TO Then falselY STATE I NON MEET THE CriTECIA.NO FACTS

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why: UNKNOWN bEINE IGNOrENT TO lAWG DUE TO PreJudiCE Mind

1st Ground
25  AGENTS As ParolE officiAls due Process REVicoTEDHEARING VIoloTEd with NO EVidENCE of

26  A CRiME, NO OLD LEPORT, NO document SWORN STATEMENT, AGENT PreHared FAlsE STATEMENT For ViolATING

2nd Second
27  OriGinal defense level AttorNEY INEFFecTive AssisTance FAilurE To AdVised defendanT of A

28  PreliminARY HEARING. PRior TO A PlEA UNdER durESS And COERSION.

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1       List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3  of these cases: CAL JIC 2.10 Violation. Art 1 $7 S.3l., Amend, H$^{th}$ [54] Obstruction of JUSTICE.

4  CALDER V. Bull (1998) 3 U.S. 386 1 L Ed 648, PEOPLE V. HELMS 15 C 4th 608 63 CR 2d 620.

5  VALDIVA V. SChWARZENEGGER(E.D. CAL. NO CIVS 94-0671). Kansas Vs. Hendricks 521 US

6  346, 117 S.Ct. 2072), PEOPLE Vs. GRANT (1999) 20 Cal. 4th 150. 973 P.2d 72.83 Cal Rptr. 2d 295)

7  Do you have an attorney for this petition?               Yes_____    No  X

8  If you do, give the name and address of your attorney:

9                             N/A

10      WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on ____6/30/08____                        Reginald Smith

14           Date                              Signature of Petitioner

15

16

17  A COMMITMENT AND CONFINEMENT: Cruel and Unusual Punishment

18     SEE: HYDRICK V. HUNTER. CA. 9 Cal.)(2006) 449 F.3d 978)

19        PLEASE ACKNOWLEDGE Such Cruel RULES of TREATMENT And

20  (Rev 6/02)       FIVE PHASES of TREATMENT ONE MUST COMPLETE.

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS     - 7 -

EXHIBIT-A

EXHIBITS OF DOCUMENTS Magistrate How PETITIONER

ATTEMPTED TO Exhaust All Remedies Available to ME. The Attached

Yourhonoas of the Residing CASE DENIED All motions And REFused

TO FILE, ONLY the MArsden motion was Filed AN DENIED !

DUE to BEING iGnorent TO LAW PLEASE Probe This MATTER.
        And INdigent having NO RETURN STAMPED enVElopes.
    . THANK You For Your TIME.  God. BLESS.

                                        Reginald Smith

TO MY PETITIONER'S EXAMPLE...OF MATTERS

1   MAGISTRATE. I the Petitioner wish to add A few other case siting Regarding
2   Such issues of scheme under the (SVPA) For State Committments with such
3   Obstruction of Justice and State and Federal Violation. Due Process Clause.
4   Due Process of Law. And Equal Protection Violation for Life confinement and
5   SVP sentencing in A Prison ward called A Hospital. Such PUNITIVE actions.

6   MAGISTRATE PLEASE PROTECT and SAFE-Guard Petitioners State
7   And Constitutional right Guarantee and NEVER HONORED, or Respected..

8   Presenting such cases For EXAMPLE NOT as Authoritic of Points only Fact
9   They being only TWO sited cases have been WON under the SVPA. And My
10  defense Attorney STATED This TO ME. But DENIED The Information For study..

11  DUE TO PETITIONER DEFENSE Attorney Prejudice Attitude And mind set
12  And INEFFECTIVE representation as such result of True confliction And
13  irreconcilable conflict as STATED many Times to the unfair Prejudice
14  Presiding JUDGE. Yourhonor Please For Give. Petitioner i only speack Fact
15  No reflection upon magistrate. MIND and Sold of JUSTICE. Narsden Denied.

16  SEE: PEOPLE V. Super court (Howard) 70 cal. App. 4th 136, 82 cal.
17  Retr. 2d 481). Such Petition are denying Petitioneds constitutional
18  Private Liberty INterest. 359·29 a06, 859-29a07.. Fed .R. crim .P.32.1.
19  IN Adequate Representation: SEE. PEOPLE V. Valdez 82 cal. 4th 738 cal. Retr.
20  3d. 271. 82 P.3d 296 (2004).

21  DEFENSE failure to Do his duties 3606068.(9) To Support the constitution And
22  LAW OF The UNITIDE STATES. MEI Practice. Gross negligence commited IN A
23  Profession copacity. deived INvestigation, and communication and Visitting. As
24  Documented. To when Allow such Proceeding After acknowledgaing on 11/26/07
25  TWO Federal Judges ruled on Jessica Law ruling on the Prohision 83..
26  STATED BY The Prison Law Office. AS STATED The Provision as to the increaste
27  statute does NOT apPLY to People who were both conVicted and Paroled
28  Prior TO the EFFECTIVEd DATE of The statute. Ending The court disput...
    "ENTENT TO DEEM IT CIVIL." United STATE V. WARD 448 U.S. 242.248-249,110
    S.Ct 2636,2641-2642, 65 L Ed 2d 742.

SUPPORTING FACTS: PREJUDICE ACTION BY STATE FOR

COMMITMENT.

THE SUBSTANTIVE DUE PROCESS REQUIREMENT MUST BE, MENTAL ILLNESS AND MENTAL ABNORMALITY. No FINDING of ILLNESS OR DOCUMENTED. IN re Hendricks, 259 Kan. 846, 861, 912, P. 2d 189, 138 (1996).

No CORROBORATING FACTS OR EVIDENCE That I MEET The SVP CRITERIA For COMMITMENT: PEOPLE V. GALLOWAY 100 Cal AP 2d SSI, 160 Cal RPtr. 914)

AS PREJUDICE And ACTION of discrimination of Such EXPERTS TO ALTER AND PROFER AN EVALUATION AND misPhrase Words And USE THE WORD DEMED OVER AS TO 30 TIMES as If defendant's LYED. ARE WHO A Genuine LYER. SUCH deception WAS will-ful and deliberate with harmful INTENT, TO ASSASSINATE PETITIONERS CharacTER AfTER ONLY A hours of AN INTERVIEW. Prosecution. The Judge NOR The EXPerTS ESTABLished The 4 ELEMENTS Appropriate for a determination For commitment: under 6600 And §104.06 SVP COPYRIGHT 2007. 1 AND 2 of 4 ELEMENTS PETitioner HAS NO JUVENIL HisTory, Other ELEMENT NO MENTAL disorder From Birth or AFTER, no Poor EMPloyment history The EXPerTS NEVER USE out side FACTS OR DATA only STATE RESOUR so STATE, EXPerTS STATE JUDGE. STATE D.A. with CO worker defense AttorNEY... SUCH ACTION of Scheme: FacTS Probable cAUSE HEARING DETerminATION Then As I STATED TO The Residing Judge of such FacTS AS ON MARSDEN motion dismissal 6-6-2008, AS DENIED AN APPointed AttorNEY TO faithly ASSistance me seekming A FAIR HEARING AS he unfair.. MANY MORE FacT TO THIS TRUTH.

With facTS of PeTitions AmenabiliTY FOR TREATMENT WITHIN THE COMMUNITY HAVING DOCUMENTS OF COMPLETED SEXUAL OFFENCE CLASS AND COURSES Also during VIOLATIONS, PARENTING CLASS, All VOLUNTEE NEVE A COURT ORDER, And WAS WAITING For A CLASS ON Parole. And working Daily, Clearn druG TESTS contradiction of EVALUATION

I DECLARE THIS IS A TRUE STATEMENT AND CORRECT UNDER THE PENALTY of PerJurY of Law. AS          SEE EXHIBITS..

DATED 6/30/2008

SIGN _Reginald Smith_
SMITH REGinalA

PEOPLE Vs. GRASONI Cal AP. 2 DisT. 2003
113 Cal APP 4th 765)
COOLEY Vs. SUPERIOR COURT 29 Cal 4th 228 57 P 3d 654 127
Cal RPtr 2d 171)

SUPPORTING INFORMATION AND FACTS
AND   CASES for REVIEW

FOR STATE TO Allow detention and confinement for A Prior 2000 CONVICTION Served As documented SEE: EXHibiTS OF FACT OF FALSE STATEMENT Prosecutor used For Prior CONVICTION. 288(a)

THis is cruel And unusual Punishment of And ReTroactive Law Violation And sentencing being A Ex PosT FacTo Violation.
PROSECUTOR Misconduct TO Allow AN Altered evaluation for A commitment And Prior 288(a) Alligation WAS for STRIKE conviction Having Exhibits which conTradiets The Victims STATEMENT OPD filed for And unLawFul Arrest And ProsecuTion used for A STRIKE conviction 7 TO 6 VicTims. TO one. Life felonys TO A (woBBlee) Felony NO DNA. NO medical report of Violence. AS No USED AS such Violence such Fabracated report of coersion without Parents. NO coRROBORTING witnesses. or Evidences. NO PENATratiON. 3 Victims Documented No Abuse of any kind EVer happened As A VicTim STATED And named.

MAGISTraTE such Documents And Names Are used Now iN This matter all HEARSAY.   SEE: Exhibits. other Vic's had No sexual conTacT. ONE with Swelling of SOME KIND. ONLY "No DNA discovered"
PeoPle Vs. Crew. 81 cal 4th 822 3 cal. Rptr. 3d 733,74 P.3d 820 (2003)

Due Process under the SVP act requires admissible evidence which the People can introduce for The Purpose is Limited to the same Evidence which is allowed to Prove Prior CONVICTIONS Evidence contained witi within The record of The defendants Prior CONVICTION. ONly being No HisTor of such conviction Then being A MISDEMEANOR. Given A LiFe Time REGISTTA Tion. 5 Year Felony Probation 1 Year County Time $6.000.00 RESTITUTION". AND MORE FacTs"
SEE: People Vs. Superior CourT (Howard) 70 cal. AP 4th 136. 82 cal. Rptr. 2d 781). only with Altered evaluation i meeT The Criteria. No mentAl disorder, Failure To INVESTIGATE ouTside DATA And AcquainTaces, complain of Self Employed with.

I DECLARE This is A TRUE statemen under Penalty or PerJury signed on
DATE 6/31/08
SIGN _Smith Regnald_
Smith, REGINALD

EXHIBIT

*[handwritten annotations in margin: "MY PRIOR CONVICTION IS ONE IN 2000...PRIOR TO THE EFFECTIVE DATE AND INCREASED LAW OR STATUTE PRO 83. INCLEARS PENALTY NOV-2006"]*

**Prison Law Office**
**MODEL HABEAS PETITION AND REQUEST FOR STAY RE:**
**SEX OFFENDER PAROLEE RESIDENCY RESTRICTIONS**
page 2

## SUMMARY OF PROPOSITION 83 RESIDENCY REQUIREMENTS

Proposition 83,[1] which became effective on November 8, 2006, changed many of the laws concerning punishment for sex offenses, the requirements for sex offenders after release from prison, and the rules for civil Sexually Violent Predator (SVP) commitments. One of the provisions of Proposition 83 enacted Penal Code section 3003.5, subdivision (b), which bars anyone who is required to register as a sex offender from residing "within 2,000 feet of any public or private school, or park where children regularly gather."[2]

It is disputed as to whether the residency provision of Proposition 83 is lawful. It is also in dispute as to whom the provision applies. Two federal judges have ruled that the provision does not apply to people who were both convicted prior to the effective date of the statute and paroled, placed on probation or released from custody prior to that date. However, the Governor and the CDCR are arguing that the residency requirements of Proposition 83 do apply to people who were convicted prior to November 8, 2006 but paroled after that date. The CDCR has taken the position that the residency requirements apply to people who were paroled prior to November 8, 2006, but then were later re-incarcerated on parole violations and re-released to parole after that date. The CDCR also is taking the position that the residency restrictions apply even if the parolee has completely finished serving the sentence for a rpior sex offense and is currently on parole for a non-sex crime. According to the CDCR, compliance is determined by the straight-line distance between the primary entrance of the parolee's residence and the exterior boundary of the nearest park or school, not the driving or walking distance between the two points.

In August 2007, the CDCR and BPH began to enforce this law with respect to approximately 2,000 parolees who were thought to be in violation of the Proposition 83 residence requirements. Parole agents were instructed to use a GPS (Global Positioning System) device to measure distance to the nearest school or park. If the GPS check confirmed that the parolee lived too close to a school or park, the parole agents served a notice of parole violation giving the parolee a short period of time to comply with the residency rules. These parolees were to be referred to the BPH for parole violation hearings.

If a parolee who lives too close to a school or park moves within six (6) working days of the notice, the parole agents have been instructed to refrain from writing a violation report, and the revocation process should end. After the sixth working day, the parole agent submits a violation report to the BPH, but the parolee should still normally have 45 days from the notice before the parolee is arrested.

If the parolee moves to compliant housing and satisfies the parole agent that he or she has

---

[1] Proposition 83 is also known as "Jessica's Law," the "Sexual Predator Punishment and Control Act," or the "SPPCA."

[2] Prior to Proposition 83, the law provided only that certain offenders identified by the CDCR as "high risk" could not live within one half mile (or 2,640 feet) of a school. Penal Code § 3003(g).

DENIED BY JUDGE STATED ONTIMELY During second Probable cause HEARING Filed IN A Timely Fashion.

1   SMiTH, REGiNALD
AMD 814 - TA3412coc
5325 Broder BL.
Dublin CALiF 94568.

2

3

4

5   SUPERIOR COURT OF CALIFORNIA OF ALAMEDA COUNTY.

6

7

8   SMiTH, REGiNALD
        Petitioner
9   Vs.
    PEOPLE of THE STATE
10  Of CALiF, defendants.

CASE # 157564

STATEMENT OF DISQALIFICATION
UNDER CODE OF CIVIL PROCEDURE
$170.6 MOTION

11

12   I REGiNALD SMiTH the Petitioner of this AFFidavit and an defendant in the above action

13   declare that the named Judge. JOAN. CartWright of DEPT, 7*, The Judge before whom the Trial of the

14   action is Pending is PreJudiced against defendant and Petitioner of this SWORN statement.

15        And she cannot have a fair and impartial trial, he as I the Petitioner will NOT receive a

16   FAiR TRiAL before such Judge. I Then Presented this statement to the Judge in A Timely Fashion

18   As DENiED on 4-8-2008. Is then one Fact with more as follows. I request this matter be inVistigated.

19        During court on 4-8-2008. Petitioner's defense counsel ATTempted To File A WAiVER of

20   PlacemenT. As denied And then demonstrating her PreJudice consists of a mental attitude oe

21   Predisposition of the Judge toward defendant in this action. As stated of record, "No NOT with Your Record."

22   As TWO other Motion mailed in, I ATTempted To file, Then DENiED As never received. As the Judge

23   ATTempted to Allow the motion To remain IN MY File as the court room Clerk Advised the

24   Judge To Then RETURN The motions on 4-4-2008. Then being the result in that matter.

25        DUE To Petitioner's Prior conViction, such action And statements was a LEAning of the Judge Mind

26   Set. Bias is defined as a mental Predilection oe PreJudice then to decide a cause oe an issue in a

27   Certain Way, which does not Leave the mind Perfectly oPen foe Such A SVP Sentencing commit und

28   Probable Cause HEAring. As Pending. I SEEK EQUAL Protection that MY 14th and 1st AMEND, be HonoreD.

1 of 2**

1  I, the petitioner demonstrate how the Presiding Judge Allow such a invaid, unlawful sentencing.

2  And obstructing Justice, To deny petitioner, As then deprived one's constitutional rights As

3  Guaranteed. State constitution ART I §15, deprived of Life and Liberty, and due process of Law.

4      And petitioners then set forth four categories of ones Ex Post Facto Clause Law. A

5  Violations of my rights. Due to my prior conviction of one 288(a) offense in 2000. with a conviction

6  And plea under coercion. NO DNA EVIDENCE, NO PAST HISTORY of such crimes, on conviction. NO medical

7  Reports to attaching petitioner to the crime. No violence as to unlawful bodily Injurks or medical reports in

8  my record. 1st a law that Ex post facto Law that aggravates a crime or makes it greater then it was

9  commited. 2nd It alters the rules of evidence to allow less evidence to sentence then when the came

10  was commited. 3rd a law that afflicts a greater punishment then authorizes when the crime was

11  commited. As such pending SVP commitment and Life sentencing.

12      The Judge willfully and intelligently Allow such a SVP petitioning and probable cause

13  To go on. To then ignor as of today two federal Judges ruled that the provision does not

14  apply to people who were both convicted prior to the effective date of the statute

15  and parolled. The rules of pro 83 civil SVP commitment does not apply to me the petitioner.

      Having only one sex offense conviction prior to the date of Nov 8 2006. an "8 year

  prior conviction. I seek punitive and injunctive relief. with the dismissal of this petition.

      Due to such predudice and cruel sentencing to then allow such evaluators

  Falsification of evidence, in preparing and offering, false statements, hearsay willingly altering

  and producing fraudulent evaluation as if genuine and true. Then being a conflict of interest

  and documents. Being the mitigations, statements, OPD report, medical reports, All are

  plain to see are CONTRADICTING one another. with the arresting reports 16 fenoys accounts

  Sex offesences droped to one, 6 victim's droped to one victim, with no DNA conviction).

      To then allow such prosecutor misconduct. to participate in action of fraud a

  §2018.050. Violation. and §132. §134[§4] Violations. After a violation, No crime report. To petition me.

      For the evaluator to then assassinate ones character without any outside

  facts from family, childrens, and mother member of relationships, to use only CDC. and state resources

  for background evaluation. To then mislead the readers and convet jurys. during sentencing.

      "Sex offenders in the U.S. Human rights watch 2017." Efforts to recidivism and rehabilitate offenders

  To minimize the rate of re-offending is more successful when offendees are employed as I was,

  prior. To this violation was over march 6. 2008. then having family and community connections and stable

  residence. Then denied. Then violated on hearsay only.

  This i I declare to be True and correct under penalty of perjury.

                                                                    SIGN _____
                                                                    DATE: 6/30/08

*DURING Probable CAUSE HEARING* 4/8/08

DEFENDANT'S STATEMENT OF DISQUALIFICATION FOR FILING

WITH A MOTION FOR COUNSEL dismissAL MARSDEN MOTION

FOR FILING: CASE# 157564

SMITH, REGINALD
AMD-874
T43912 cac
5325 BRODER BL
DUBLIN CA 94568

DEINED BY JUDGE

CALIF. SUPERIOR COURT of ALAMEDA
TO: JUDGE J. CARTWRIGHT, DEPT 7th
1225 FALLON STREET
OAKLAND CALIF, 94612

DATE 1/8/08

SIGN [signature] Reginald
Smith, REGinald
AMD 874/T43912

Such prejudice action y [illegible] I [illegible] denial of counsel [illegible] [illegible]
by [illegible] Mjustice [illegible] in [illegible] [illegible] [illegible]



State of California
Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
FAX (415) 557-1266
Web Site: http://cjp.ca.gov

May 13, 2008

Reginald Smith, T43912
5325 Broder Blvd., (AMD874)
Dublin, CA 94568

Dear Mr. Smith:

    This letter is to acknowledge receipt of your recent complaint against a California judge(s). We are presently reviewing this information and you will be advised in writing, at a later date, of the Commission's action in this matter.

Very truly yours,

Amy Ladine
Secretary

AL:hs

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102



State of California
Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
FAX (415) 557-1266
Web Site: http://cjp.ca.gov

June 4, 2008

Reginald Smith, #T-43912
5325 Broder Blvd. (AMD874)
Dublin, CA 94568

Dear Mr. Smith:

We are in the process of reviewing your complaint to the commission received May 12, 2008. In your complaint, you ask that we assist you with your case. Please be advised that the Commission on Judicial Performance has no authority to provide legal advice, reverse or relitigate a judge's decision, move your case to another department or court, or otherwise intervene in litigation.

Your complaint is still under consideration by the commission. We will be in touch with you at a later date after a decision has been reached regarding your complaint

Very truly yours,

Colette Brooks
Staff Counsel

CB:kh/L0604smith

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

NOV-22-2006 04:23P FROM:VOGNSEN KALTMAN ████████    TO:████████    P.1

# APPENDIX C



## CLINICAL EVALUATION SUMMARY
### WIC 6600 CIVIL COMMITMENT

*T 43912*

**I.   IDENTIFYING INFORMATION**

Inmate Name: *S'MIJT, REGINAS E.*    CDC#_____

**II.   FINDINGS (WIC 6600 criteria)**                                    **YES**    **NO**

   **A.**   Has the inmate been convicted of a sexually violent
          offense against two or more victims?

          Convicted of a qualifying offense(s)?.................1.    ☒    ☐

          Use of force, fear, etc., and/or substantial sexual conduct?.1a.    ☒    ☐

          Against ① or more victims?...........................2.    ☒    ☐

   **B.**   Does the inmate have a diagnosable mental disorder that predisposes
          person to the commission of criminal sexual acts?

                                          (if YES, specify)...............4.    ☐    ☒

          Axis I   *R/O PEDIPHILIA FEMALES*

                   *COCAINE DEP, IR*

          Axis II  _____

   **C.**   Is the inmate likely to engage in sexually violent predatory criminal
          behavior as a result of his/her diagnosed mental disorder without
          appropriate treatment and custody?

                                                      5.    ☐    ☒

**III.   CONCLUSION**

   Based on the above information, in my opinion the inmate:

          ☐ MEETS        ☒ DOES NOT MEET

          the criteria as a sexually violent predator as described in
          section 6600(a) of the Welfare and Institutions Code.
          (if a NO response is marked for any of the above questions (1-5), then the inmate does not meet criteria)

   SIGNATURE _____        DATE  *11/22/06*

   *JACK VOGNSEN PhD*                        *P123609*
   PRINT NAME                                LICENSE NUMBER

¹ Revised 10/1/02

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION    *Đ - Recuple*    ARNOLD SCHWARZENEGGER, GOVERNOR

**BOARD OF PAROLE HEARINGS**
1515 K Street, Suite 600
Sacramento, CA 95814



Date:    June 13, 2007

To:    Stephen Mayberg, Ph.D.
Director
California Department of Mental Health

Subject:    **NAME: SMITH, REGINALD EUGENE
CDCR No.: T43912
PRRD: 07-10-07**

The California Department of Corrections and Rehabilitation (CDCR) has determined that this inmate meets the first level sexually violent predator (SVP) criteria (W&I Code sec. 6600 et seq.), per the attached memo, and has referred the package to the Offender Screening Section for determination of the criteria.

Independent review of the factors also indicates that this case meets the first level sexually violent predator criteria for referral to the California Department of Mental Health, as a result of the following:

Subject Smith was convicted in 2000, in Alameda County, of one count of Penal Code (PC) Section 288(a), Lewd and Lascivious Acts upon a Child under 14 years of age, against a female victim.

If you have any questions, please contact the Offender Screening Section at

JOHN INIGUEZ
Chief
Offender Screening Section

RECEIVED

JM/jm

cc: CSU – SVP Unit
DAPO – SVP Coordinator

Department of Mental Health

Attachments



CALIFORNIA DEPARTMENT OF
# Mental Health
1600 9th Street, Sacramento, CA 95814

November 22, 2006

John Iniguez
Board of Parole Hearings
1515 K Street
Sacramento, California 95814

Terri McDonald, Classification Services
Department of Corrections and Rehabilitation
1515 S Street
Sacramento, California  95814

RE: Smith, Eugene
     CDCR#: T43912

    Please be advised that the above named individual has been assessed by the Department of Mental Health and found not to meet criteria as a sexually violent predator pursuant to WIC 6600.  No referral for civil commitment will be made on this individual.

Sincerely,

JON DEMORALES
Chief
Sex Offender Commitment Program

cc:  DMH File

Magistrate Petitioner's Exhibit of Denied Motion of the Many
Your Honor denied to protect and safe guard Petitioners / defendants constitutional rights!
As asked during the proceeding.
Denied a New Defense Appointed Attorney in best
Interest of Justice...

**ENDORSED**
**FILED**
ALAMEDA COUNTY

MAY 2 9 2008

CLERK OF THE SUPERIOR COURT
By Delfredda H. Valle, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF _ALAMEDA_

THE PEOPLE OF THE STATE OF

CALIFORNIA,                                Case No. _157564_

    Plaintiff,                         NOTICE OF MOTION AND MOTION

    vs.                                 FOR SUBSTITUTION OF COUNSEL

_Smith, Regina H_    AMD-874RN,   (MARSDEN MOTION)
                 T43412.cdc

    Defendant

    TO THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE OF ACTION
AND DISTRICT ATTORNEY OF THE COUNTY OF _ALAMEDA._

    Please be advised that on the _29_ day of _May_ ,
20_08_, at the hour of _10AM_ in Department _7th_ of the above-
entitled court, or as soon thereafter as this motion can be
heard, defendant and/or counsel will move the court for an order
to dismiss and/or relieve counsel due to inadequate
representation of counsel.

    This motion is based upon this Notice of Motion and Motion,
the attached declaration(s), all points and authorities
submitted, testimony and other evidence produced at evidentiary

1  hearing(s), all files and records of the case, and other evidence
2  presented whether oral or documentary,

3

4  DATED: _MAY 29/08_                    _Reginald Smith_
                                          _____
5                                          DEFENDANT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1  DECLARATION OF ___Marsden Motion___ SUPPORTING HIS/HER

2  MOTION FOR SUBSTITUTION OF COUNSEL

3  I, ___Smith, Reginald___, HEREBY DECLARE:

4  1.) That I am the defendant/declarent in the within cause
5  of action and I am a lay person untrained in the law;

6  2.) That declarent is represented by counsel who has failed
7  and/or refused to provide adequate representation in the within
8  cause of action;

9  3.) That due to conflicts which exist between declarent and
10 counsel, declarent can not and will not receive adequate
11 representation by counsel of record in the within cause of
12 action;

13 4.) That at the hearing on this motion declarent will
14 provide the necessary evidence to support the claim herein
15 alleged;

16 ·5.) That due to the lack of adequate representation by
17 counsel, declarent has suffered prejudice such as to justify
18 dismissal of charges currently pending, or in the alternative to
19 enjoy the substitution of counsel;

20 6.) That in addition to any evidence presented in support
21 of this motion at the evidentiary hearing on the within matter,
22 declarent does hereby incorporate by reference each and every
23 statement following which has the box preceding same marked: ·

24 ☒ (a) Counsel has failed and/or refused to confer
25 with declarent concerning the preparation of the
26 defense;

27 ☒ (b) Counsel has failed and/or refused to
28 communicate with declarent;

-3-

⊠      (c)   Counsel did fail and/or refused to subpoena
witnesses favorable to the defense and deprived
declarant of the testimony critical to the
defense;

⊠      (d)   Counsel has failed and/or refused to perform
and/or to have performed investigation(s) critical
and necessary to the defense;

⊠      (e)   Counsel has failed and/or refused to present/
prepare an affirmative defense at declarent's
preliminary hearing;

⊠      (f)   Counsel has failed and/or refused to secure
and present expert witness(es) critical to the
defense;

⊠      (g)   Counsel has failed and/or refused to prepare
and file motion(s) critical to the defense;

⊠      (h)   Counsel has failed and/or refused to impeach
prosecution witness(es);

⊠      (i)   Counsel has failed and/or refused to present
evidence at motion/writ hearings critical to
defense;

⊠      (j)   Counsel has failed and/or refused to declare
prejudice and/or conflict against declarent and
due to said failure has taken on the role of a
surrogate prosecutor against declarent's interest;

-4-

1    ☒        (k)    Other. ___SEE: ATTACHed Afidavit___

2        ___DEFENSE COUNSELOR PROVE TO BE INEFFECTIVE DUE TO HIS FAILURE TO___

3        ___Performe IN defense. Failure TO Provide word Call And Prudence___

4        ___AN EVPERT DocTor for A 3rd EVALUATION of defendant.___

5        ___HAVING NO TIME IN DEFENSE, IGNORING AS bEING ALSO Pre.Judice___

6

7    DATED _May 29th 2008_        _REGinold . Smith_

8                        DEFENDANT

9                INEFfecTIVE COUNSEL

10

11    Defendants defense counsel Periludice action due to his standards

12    of his performance and in effective assistance As i show and demonstrate

13    NeglectinG Full Preparation and communiTaTion in defense And width his

14    Lack of his experience IN such matters.

15    Defense failure TO Challenge Medical exert STATEMENTS And EVALUATION, CA.CALJIC

16    2.16, STATEMENTS made bY DefendanT TO PhYsician, IN the Course of AN ExaminaTion

17    Which Then based here opinion. This Testimony is not to be considered bY You as

18    Evidence of THE truth of THE facts disclosed bY defendants STATEMENTS.

19    Failure TO challenge such Petitioning And Probable cause hearing, DUE VioloTion Clause

20    And EstoffeL Bar, Hearsay rules, Participation in fraud $2018.050 Violation, CALTIC 116.510 Violation.

21    DEFense counseL failure TO Challenge such AN Evaluation with false statements And

22    Prepared from False documents And MitiGation As documented From 16 Felonts Sexual

23    oftensés, And 6 VicTims. DROPED TO 1ª ACCOUNT 2886)1ªVicTim No DNA found nor to

24    Prove defendants Guiltof A cCime. As Such document for SVPA commitment.

25    Defense counseL Failure TO Challenge such False StaTemenT of AN disorder Made

26    BY DocTors to whom denied To FullY evaluate one's HisTorY, With True facts of MY

27    Past AS TO RESEARCH within the communitY with MY Child, ACQUINTANCES, JOBS

28    of EMPloYmenTS, churchs. Befor. ManufacturinG False evaluation of BeinG ANTISOCial.
            [TO ONLY USE STATE RESOURCES, FOR A STATE COMMITMENT.]

-5-

POINTS AND AUTHORITIES IN SUPPORT OF

MOTION FOR SUBSTITUTION OF COUNSEL

The defendant/declarent submits the following points and authorities in support of the motion for substitution of counsel:

I

**THE CODE OF CIVIL PROCEDURE PROVIDES FOR THE SUBSTITUTION OF ATTORNEYS UPON APPLICATION OF THE DEFENDANT**

California Code of Civil Procedure Section 284 states:

"The attorney in an action or special proceedings may be changed at any time before or after judgment or final determination, as follows:

...2.  Upon order of the court, upon the application of either client or attorney, after notice from one to the other."

II

**A CRIMINAL DEFENDANT'S RIGHT TO ASSISTANCE OF COUNSEL MAY INCLUDE THE RIGHT TO DISCHARGE OR SUBSTITUTE COURT-APPOINTED COUNSEL**

The right of a defendant in a criminal case to have the assistance of counsel may include the right to have court-appointed counsel or the public defender discharged or to have other counsel substituted.  There must be sufficient showing that the attorney-client relationship has broken down to the point where the right to the assistance of counsel would be substantially impaired by the denial of the request.  (People v Marsden (1970) 2 Cal.3d 118,123; 84 Cal.Rptr. 156, 159)

-6-

III

**ON A REQUEST FOR DISCHARGE OR SUBSTITUTION OF COURT-APPOINTED COUNSEL, THE TRIAL JUDGE MUST CONDUCT A HEARING AND ALLOW THE DEFENDANT TO STATE SPECIFIC REASONS FOR THE REQUEST**

The trial court cannot properly exercise its judgment in this matter without giving the defendant an opportunity to voice the specific reasons for requesting a change of attorney. "A trial judge is unable to intelligently deal with a defendant's request for substitution of attorneys unless he is cognizant of the grounds which prompted the request. The defendant may have knowledge of conduct and events relevant to the diligence and competence of his attorney which are not apparent to the trial judge from observations within the four corners of the courtroom. (Id. at 123)

IV

**THE COURT IS REQUIRED TO APPOINT SUCCESSIVE COUNSEL FOR THE DEFENDANT WHEN THE RECORD CLEARLY SHOWS INADEQUATE REPRESENTATION BY THE FIRST APPOINTED COUNSEL**

"A defendant's right to a court-appointed counsel does not include the right to require the court to appoint more than one counsel, except in a situation where the record clearly shows that the first appointed counsel is not adequately representing the accused.... (Id. at 123, quoting People v Mitchell (1960) 185 Cal.App.2d 507, 512, quoting 157 A.L.R. 1225, 1226)

**V**

**INADEQUATE REPRESENTATION BY DEFENSE COUNSEL REQUIRES DISMISSAL, REVERSAL OF CONVICTION, AND/OR SUBSTITUTION OF COUNSEL**

A criminal defendant is guaranteed effective and adequate representation by defense counsel at all critical stages of the criminal proceedings by the due process provisions of the United States and California Constitutions.  Inadequate representation by defense counsel requires that the defendant be granted a dismissal, reversal of conviction, and/or substitution of counsel.  (U.S. Const. amend. 5, 6 and 14; Cal. Const. art. I, §§7 and 15; People v Marsden, supra)

**CONCLUSION**

Defendant has been deprived of adequate representation of counsel and is therefore entitled to the relief prayed for.  The Motion should be granted.

///

///

MAY 29 2008
DATE:

SIGN Smith Reginald
SMITH, REGINALD
AMD-874

-8-

Ground 1 for Relief

Prosecutors are held to an Elevated standard of conduct, highter then imposed on others.

## PROSECUTOR MISCONDUCT PREJUDICE MINE.

### "SUPPORTING FACTS"

1. To Allow an Evaluator to Produce False Reports As of on Page 34 of 34 Dr. Davis M. to state Physical Assaulted my 7th Grade Teacher was NOT what I stated. To Produce facts of Violence. No History of unlawful bodily Injurys.

2. As of Page 25 of 34. Stated a false statement which was deceptive to Pre-suade the court and Juy. That i the defendant sexualy offended Three Minor female Childrens. As documented only one conviction, only one Victim As Allegled, DNA Evidences Provided such Alligation was false. Charges and account Dropted 15".

3. Such medical State Health Dept expects failure to bring forth facts As documented, And stated Victims Physical Examination Found NO DNA AND was found Normal, NO Sexual contact... As documented Victims Mother Refuse to Press Charges, Page 5 of 34.

### EVALUATION OF MENTAL DISORDER

Dr. Opinion, stating defendants Antisocial disorder. To then only use state re-sources, Denied a Full investigation with outside research and evaluation for such a 15 Yr to Life Time commitment. Failure to Interview defendants child, Acquaintances, churchs in the community I atended, And All other resources.

4. Defendant Having a Very stable Life Providing for my self and Child, To then Provide false statements as having a Poor employment record. Facts, Due to defendants Past 10 to 12 Years Self Employment And Prior to that both Doctors failure to research All Positive Aspects of Defendants History. due to Such deception. At Most 30 units of credits retirement SSI Funds.

5. Such false Alligation of disorders As to Know ones Fantasies, Having no Knowledge of the web site, never being on Line, As state Lack of Remorse, and Irresponsible in 94, coming out of Prison, Providing For my child, And the Mother For Years.

6. Behavior of Serious Rules Violation and YET IN 1994 Parole Discharged An E10100 number.

7. Having NO JUVENILE Criminal History. As required for a commitment.

8. Having NO MENTAL dificiency from Birth or After As an Disorder.

"SO MUCH More which EXISTS:" (supporting case)

"People vs. Guerra. 37 cal. 9th 1067. 40 cal. Rptr. 3d 118, 129 P3d 321 (2006)"

Ex Post facto State And federal douse Violation. and Due Process Violation.
"Facts"

1  9. Psychiatris Profaing False evaluation for A Commitment. Such discrimination And
Prejudic Action for sentencing As to State I the defendant have A Substance
2  Abuse on Gomg History. failure to review And Investigate fact, be for A False opinions

3  As known to be false by Alameda county District Attorney, Psychiatris Denied to acknowledge fact
Of the years Defendants stated I don't use cocain, never Drank, and no use of other Drugs
4  As to Giving A clean Drug Test Monthly to the Parole Agent As documented, and being I
5  Defendant never endoyed Drugs nor Dranking A substance which dont Allow me to be in control.
6  of my mind And Body and actions. Such Documented facts was Ignored.

7  From only A Two Hour Interview to evaluate and State Defendant has no Empathy. No regards,
8  No feeling, or concern for other but only expressing concern for my daughter.

9  To then State the word defendents Denied this And that, over 20 to 25 Times As to Being
10  Deceptive and false statemets of the defendant. As to Pornography, oral sex partys I never
11  Texed . nor have i ever been so sexually preoccupied to involve myself with Prison staff no
12  Documentation or History of such Poor control. Having no History of emotional disorder or threats.

13  10. As for Calif, Superior Court, As Supreme Court up Held ones Right for Community Treatment Programs
Before such A commitment both doctors failure to honor Voluntary Treatment As defent Agreed.
14  Then as Documented not one but two 44 weeks course completed which dealt with issues of
assectweness. Anger management. self esteem, Coping Skills. Also A Parenting course As then
15  Documented as active participant and completed All assignments. A Volunteer course During My
16  incarceration. Also dureing My recent violation Attending Class, Project change. And Stand up course,
17  in San Quentin state Prison, classes on self esteem, Jobs, Attidites. And self control. with counseling
18  As my counselor Andrals. I was seeking sheatlor. Medied Treatment. Due to speaking on My 288(4)
conviction. Seeking Help. And Treatment As Agreed A Pon My release march 6th 2008, Him
19  And Another counselor Gary. Volunteer Treatment. was a Plan upon release after this violation.
20  As for A Documented course in the East Bay sexual Offender Treatment Program;
21  completed in 07-31-2001, A 12 week course and a individual 8 week course, I Paied for never
22  being reludent, only seeking Help for Payment and reasonable Time for work, As Agreed durimg My
23  Last Parole I was waiting for my Apointment course, to go to my sex offense Treatment course.
24  I then seek relief of such unlawful imprisonment of A SVP Petitioning. due to A unlawful
25  Violation with no facts evidence only Heresay. On 9/12/2007 Two Federal Judges Ruled on
PRO 83 Provision, does not Apply to People who were both convicted and Paroled Prior to the
26  Effective Date. Nov 2006. Ruels for civil SVP commitment, A Law does not Apply to Defendant.
27  I Declare under the Penalty of Perdury this statement is True
28  And correct as dated...

INADEQUATE REPRESENTATION for ADEQUATE DEFENSE;

Other Grounds:

Due to defense Attorney, Public defender McCormick,
I the defendant then Attach one's affidavit that filing being counsel has failed
and refused to declare Prejudice and conflict of interest against declarent And
has taken the role of a surrogate Prosector against defendants interest.

1.* Defense Attorney failure to challenge Proposition 83, Sex offender Laws (9/13/2007)
Two federal judges ruled on 9/07 statute. These Provisions do not apply to People
who were both convicted Prior to the effective date Nov 8, 2006 As the defendant
Prior conviction in 2000 Yrs.. U.S. Vs. Jackson (9th Cir. 1999) 189 F 3d 820, 824.

2.* failure to Challenge the NEW Laws that make the Punishment For a Prior
Crime more burdensome Violate the EX Post Facto clause. Due to this sentencing
being enforced in connection with Parole Agent Supervisor Black and Agent
Stinnett imposed a greater Parole restriction, due to Pro 83, 3 Month After being
released Nov, 2006. As such facts Are known by defense Attorney. All of Thee above.

3.* Defense Attorney failure to file adequate Motion As required. Motion of
disqualification of Judge, Motion to change Venue. Due to Your honor PreJudice Additude.
A Motion to Dismiss, Motion Pursuant to civil Deception of Subsequent casedevelopment,
failure to Challenge Judge denying defendants Motion to Placement Waiver so im not
housed in a human condition of confinement. As Your honor Stated not with Your record.

4.* Defense failure to read My Letter's. failure To respond, in regardes To comm-
unication Very Little in concern of defence To A Serious Life commitment sentencing

5.* Defendant was Petitioned 2/4th 2008 defense counsel Nas Taken only Visited ME
5 To 6 Hours during the many monthes As of 5/6/2008.. ON TO 6th counselor of

6.* Defendant failure to contract, subpoena character crediable Witnesses AND
Documents in defense defendants CDC leison chrono's show how i completed 88-weeks
NOT one but TWO 44 weeks Course. Project change classes VolunTeer Treatment
AS To the EAST Bay Sexual offender Treatment Program 07/27/07 12 week
AND 8 weeks classes. Individual Treatment completed. As required.

With The many more issue of EnfecTIVE counsel Not stated.

1  TO THEN CONTACT THE many TREATMENT ProGrams bY which I VolUNTEERED TO
2  Attened. during Another time of incarceration AT SAN.Q STATE Prison during mY
3  VIOLATION 2007. CALL, ProJECT Choice . STAFF of Volunteers of America an Oakland
4  Base Program For EX-Con After and during one's Incarceration, TREATMENT,
5  counseling. medical. And Shelter. A second TREATMENT ProGram within S.Q.
6  CALL. UP STANDING PHASE IV. I the defendant required STATEMENTS And doc-
7  uments of mY classes which Attending. And A STATEMENT From counsel garY.
8  And mY counsel Arndraule. I TALK to About mY ISSUES and PAST 888(e) convicton
9  Seeking TREATMENT AS AGreed. Aten MY RELEASE. March Loth 2008. 10 month
10 Violation; <u>Medical EXPERT Based. INFORMATION CONSIDERED AS EVIdence of the TRUTH; CALJIC 2.10</u>
11       7.ª DEFENSE DENIED and failure TO RECEIVE CREdible STATEMENTS From MS.
12 BERANDETE WEEN, Robert Jones, Paster HumphreY, CANdis, JASPER J. , <u>TammY</u>, And
13 <u>NEN. EX Girl friends</u>. with the manY more NAMED. And Listed. As witnesses.
14       Jobs companYs to CONTACT. williams TRUCKing during ParolE, I WAS DRIVING
15 For AS A Class A DRIver own operator. with the manY other Listed. IN A
16 Letter he NEVER opened until required After court ⅃-8-2008 . As ▮▮▮▮ STATED .
17       8.ª failure TO Allow me to have Dr. J. VoGnsen EvAluation on me Nov 2006 AS I
18 required AGain and AGain. Also with the case sites of the SVP CASE Law who won
19 An SVP Petition. with the LawYers NAME of defense for study. NO CRIME.
20 DEFENSE failure to Challenge state Ph.D.'s false Statement From False RePorts
21 And contradicting statements And Allegation And unlawful convicton and invalid
22 unlawful Probable cause hearing SVP Petitioning. Failure To Challenge the ValidY
23 of An evAluation which Assassination of mY chractter, of Ph.D. MARIANNE.D.
24 And Dr. PsY D. Smithstein. Having NO. MENTAL DificiencY from birth or After
25 Documented. Defense failure to Produce EvidencE As Required IN defense. TO THEN
26 InTroduce facts of defendant having no mental **disorder** of Such Violence.
27 Having no record of A HistorY of anY bodily unlawful Harm, or PedophiLia.
      I DECLARE THIS IS A TRUE STATEMEN UNder PenALtY of PerjurY. AS DATED..
28 DATE. 6/30/08
                                              CIGN  Smith ReginAld
                                              SMITH, REGINAld T43912.

Case 2:90-cv-00520-LKK-JFM Document ... Filed 07/28/2008 Page 33 of 38

TO MY PETITIONER'S EXAMPLE .. of MATTERS

1    MAGISTRATE. I the Petitioner wish to add a few other case siting Regarding
2    such issues of scheme under the (SVPA) for state commitments with such
3    Obstruction of Justice and STATE and Federal Violation. Due Process Clause.
4    Due Process of Law. and EQUAL Protection Violation for life confinement and
5    SVP sentencing in A Prison ward called A Hospital. such PUNITIVE actions.

6        MAGISTRATE Please Protect And Safe-Guard Petitioners STATE
7    And Constitutional right Guarantee and never honored, or Respected..

8        Presenting such cases for example not as Authoratic of Points only fact
9    Then being only two sited cases have been won under the SVPA. And My
10   defense attorney stated this to me. But denied the information for study.

11       Due to Petitioner defense attorney Prejudice Attitude and mind set
12   And Ineffective representation as such result of true confliction and
13   irreconcilable conflict as stated many times to the unfair Prejudice
14   Presiding Judge. Yourhonor Please for Give. Petitioner i only speack Fact
15   No reflection upon magistrate. Mind And sold of Justice. Nairsden Denied.

16       SEE: People V. Supre Court (Howard) 70 cal. APP. 1th 136, 82 cal.
17   Rptr. 3d 481). Such Petition are denying Petitioners constitutionm2
18   Private Liberty Interest.

19   In Adequate Representation: SEE. People V. Valdez 82 cal. 4th 73,8 cal. Rptr.
20   3d. 271. 82 P. 3d 296 (2004).

21   Defense failure to Do his duties 3660/68.(?) to Support the constitution And
22   Law of The Unitide States. Melpractice. Gross negligence commited in A
23   Profession copacity. deined Investigation. And communication And Visiting. As
24   Documented. To then Allow such Proceeding After acknowledging on 11/26/07
25   Two Federal Judges ruled on Jessica Law ruling on the Provision 83.,
26   STATED BY The Prison Law office. As Stated The Provision as to the increaste
27   statute does NOT apPLY to People who were both convicted And Paroled
28   Prior to the effectived date of the statute. Ending The court diffut...

SUPPORTING FACTS; PREJUDICE ACTION BY STATE FOR
COMMITMENT.

1

2  · No CORROBORATING FACTS OR EVIDENCE THAT i MEET THE SVP
3  CRITERIA FOR COMMITMENT: PEOPLE V. Gallaway 100 Cal APP 2d 551, 160 Cal RPtr. 914)

4   AS PREJUDICE AND ACTION OF discRIMINATION OF Such EXPERTS
5  TO ALTER AND ProfFR AN EVALUATION AND misPhrase Words AND USE THE Word
6  DENIED OVER 25 TO 30 TIMES as If defendANTS LYED. ARE WHO A
7  GENUINE LYER. SuCh deceiPtion WAS will-ful AND deliBrate WITH harmful
8  INTENT, TO ASSASSINATE PetitionERS CharaCTER After ONLY 2 hoURS of AN
9  INTERVIEW. Prosecution, The JUDGE NOR The EXPERTS ESTABLished The 4
10 ElEMENTS APProPriate for A determiniATION For COMMITTMENT; UNDER
11 WELOO AND §104.06 SVP COPYRIGHT 2007. 1 AND 2 OF 4 ElEMENTS
12 PetitionER hAS NO JuveniL HistORY. OTHER ELEMENT NO MENTAL disordER
13 From Birth OR After. NO POOR EMPloyment histORY THE EXPERTS NEVER
14 USE OUT SiDE FaCTS OR DATA ONLY STATE RESOURCES STATE. EXPERTS
15 STATE JUDGE. STATE D.A. WITH CO worKER defENSE ATTorneY... SUCH ACTION
16 of SChEME: FaCTS Probable CAUSE HEARING DETERMINATION Then AS I
17 STATED TO The ResidING JuDGE of SUCh FaCTS AS ON MARSDEN mOTION dis-
18 missAL 6-6-2008, AS DENIED AN APPOinTED ATTORNEY TO faiLLY ASSISTACE
19 ME SEEKinG A FAIR HEARING AS he unFAIR.. MANY MORE FACT TO THIS TRUTH.

20  WITH faCTS of PetitionS AMENAbiliTY For TREATMENT WITHIN THE
21 CommUNITY HAVING DOCUMENTS of COMPLETED SEXUAL OFFENCE CLASS
22 AND COUNSES ALSO durinG VIOlaTION(S, PARENTING claSS, AII VOluNTEE
23 NEVE A COURT ORDER, AND WAS WAITING FOR A CLASS ON ParOle.
24  AND worKinG DaiLY. CLEArN druG TESTS contradicTION of EVaLuATION
25  I DECLARE THiS IS A TRUE STATEMENT AND CORRECT UNDER The
26 PENALTY of PeriJurY of Law. AS
27 DATED 6/30/08

28                                    SIGN [signature]
                                      SMITH. REGinalD

PEOPLE Vs. GrasoNI Cal APP. 2. DisT. 2003
    113 Cal APP 4th 765)
COOLEY Vs. SUPERior COURT 29 Cal 4th 228 57 P 3d 654 127
    Cal RPtr 2d 177)

SUPPORTING INFORMATION AND FACTS
AND  CASES FOR REVIEW

FOR STATE TO ALLOW detention and confinement for a Prior 2000 CONVICTION served as documented SEE Exhibits OF FACT OF FALSE STATEMENT Prosecutor used For Prior CONVICTION, 288(a)

THIS is CRUEL AND unusual Punishment OF AND RETROACTIVE Law Violation AND sentencing being A EX POST FACTO Violation.

PROSECUTOR Misconduct TO allow AN Altered evaluation for A commitment and Prior 288(a) Allegation was for STRIKE conviction Having Exhibits which contradicts THE VICTIMS STATEMENT OPD filed for and unlawful Arrest and Prosecution used for A strike conviction 7 TO 6 Victim's, to one, LIFE felony's to a (WOBBLER) Felony NO DNA, NO MEDICAL report of Violence, AS NO USED AS such Violence such Fabricated report of coersion without Parents, No CORROBORTING witnesses, or Evidences, NO PENATRATION, 3 Victim's Documented NO Abuse of any kind Ever happened AS A VICTIM STATED and NAMED.

MAGISTRATE Such DOCUMENTS AND NAMES ARE USED NOW IN THIS matter all HEARSAY, SEE: Exhibits, OTHER Vic's had NO SEXUAL CONTACT, ONE ONLY — NO DNA discovered with SWELLING PEOPLE Vs CREW, 31 Cal 4th 822 3 Cal. Rptr. 3d 733, 74 P.3d 820 (2003) of SOME KIND.

DUE PROCESS under the SVP act requires admissible evidence which the PEOPLE can Introduce for THE Purpose is Limited to the same EVIDENCE which is allowed to Prove Prior CONVICTIONS evidence contained with thin the record of The defendant's Prior CONVICTION. ONLY being no History of such conviction Then being A MISDEMEANOR. Given A LIFE Time Registration, 5 Year felony Probation 1 Year County Time $6,000.00 Restitution ".AND MORE FACTS"

SEE: PEOPLE VS Superior Court (Howard) 70 cal. AP 4th 136, 82 cal. Rptr. 2d 781). only with Altered evaluation i meet THE CRITERIA. NO MENTAL disorder, Failure TO INVESTIGAT outside DATA AND Acquaintaces, complain of self employed with.

I DECLARE THIS IS A TRUE STATEMEN under Penalty or Perjury signed on
DATE 6/10/2008

SIGN [signature]
SMITH, REGINALD

# PROOF OF SERVICE BY MAIL
## LEGAL MAIL

PETITIONER FEDERAL Habers Corpus WRIT FOR FILING with ATTRched
Exhibits.

SMITH, REGINALD
AMD.874
5325 Beader PL.
Dublin CA 94568

TO: CALIFORNIA S.F. U.S. NORTHERN DISTRICT
COURT..
450 GOLDEN GATE AVE
SAN FRANCISCO. CALIF.
94102

DATE: 6/30/2008

SIGN _____
SMITH REGINALD
T43912/ AMD.874

CK TO MAIL
I. J.PER
INMATE SERVICES
INMATE SERVICES
S. T. M. WRIGHT

SMITH, REGINALD
AMD 874. T43119
53085 620 ate 6L
Dublin .Calif 94568

ENCLOSED LEGAL DOCUMENTS

RECEIVED
JUL 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INSPECTED BY
JUL 1 0 2008
U.S. MARSHALS SERVICE

TO: THE UNITED STATES NORTHERN
DISTRICT CALIF. COURT
450 GOLDEN GATE AVE
SAN FRANCISCO. CALIF.
94102

S. UNUBUN #1914

ENCLOSED   LEGAL DOCUMENTS