FILED
08 JUL 16 AM 10: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SMITH, REGINALD
                    Plaintiff,
vs.
STATE OF CALIFORNIA
PEOPLE OF THE STATE
                    Defendant.

CV 08-3421 WHA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Smith Reginald, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0                                    Net: 0

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Williams Trucking_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or          Yes ____ No _X_
10            self employment
11      b.    Income from stocks, bonds,       Yes ____ No _X_
12            or royalties?
13      c.    Rent payments?                   Yes ____ No _X_
14      d.    Pensions, annuities, or          Yes ____ No _X_
15            life insurance payments?
16      e.    Federal or State welfare payments,  Yes ____ No _X_
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____

23  3.   Are you married?  SEPARATED         Yes _X_ No ____
24  Spouse's Full Name: __TAWANKH Harris_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____0_____ Net $_____0_____
28  4.   a.    List amount you contribute to your spouse's support: $ ___0___

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).  T.S.

_____

_____

5. Do you own or are you buying a home?  Yes ___ No _X_
Estimated Market Value: $ __0__  Amount of Mortgage: $ __0__

6. Do you own an automobile?  Yes ___ No _X_
Make __N/A__  Year __N/A__  Model __N/A__
Is it financed? Yes ___ No _X_  If so, Total due: $ __0__
Monthly Payment: $ __0__

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: __N/A__

_____

Present balance(s): $ __0__

Do you own any cash? Yes ___ No _X_  Amount: $ __0__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No _X_
__N/A__

8. What are your monthly expenses?
Rent: $ __0__   Utilities: __0__
Food: $ __0__   Clothing: __0__
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| N/A | $ 0 | $ 0 |
|  | $ 0 | $ 0 |
|  | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_GOVT TAXS, Child support, RESTITUTION_

_$5,000.00  /  $5000.00  /  $3000.00_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_N/A_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_6/30/08_
DATE

_Reginald Smiby_
SIGNATURE OF APPLICANT

Case Number: _____

E-filing

CV 08

Case Number: _____

WHA

(PR)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Reginald Smith** for the last six months at
[prisoner name]
**Alameda County Santa Rita Jail** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0 .

Dated: 6/23/08           _____Marcia, Accounting Supervisor_____
                         [Authorized officer of the institution]

```
                           INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: AMD874    HFA: SRJ   NAME: SMITH, REGINALD NMN     ACCT BAL:          .00

  TRANS       ---RECEIPT---     TRANSACTION     AMOUNT      RUNNING      MSG
  DATE      HFA    NUMBER       CODE LITERAL                BALANCE

 02/04/08   SRJ    15-66780     CBKG CR NBOK       .00          .00
 02/16/08   SRJ    SE-80084     DMED               .00          .00
 02/20/08   SRJ    SE-81750     DMED               .00          .00
 03/13/08   SRJ    SE-89349     DMED               .00          .00
 03/19/08   SRJ    SE-91765     DMED               .00          .00
 04/09/08   SRJ    SE-98822     DMED               .00          .00
 04/30/08   SRJ    SF-05881     DMED               .00          .00
 05/08/08   SRJ    SF-08226     DMED               .00          .00
 06/13/08   SRJ    SF-20569     DMED               .00          .00

252 W:BALANCE IS ZERO
```

```
                    INMATE ACCOUNT TRANSACTIONS
PFN/AJIS: AMD874   HFA: SRJ   NAME: SMITH, REGINALD NMN   ACCT BAL:      .00

TRANS         ---RECEIPT---    TRANSACTION      AMOUNT      RUNNING       MSG
DATE        HFA    NUMBER     CODE LITERAL                  BALANCE

02/04/08    SRJ   15-66780    CBKG CR NBOK       .00          .00
02/16/08    SRJ   SE-80084    DMED               .00          .00
02/20/08    SRJ   SE-81750    DMED               .00          .00
03/13/08    SRJ   SE-89349    DMED               .00          .00
03/19/08    SRJ   SE-91765    DMED               .00          .00
04/09/08    SRJ   SE-98822    DMED               .00          .00
04/30/08    SRJ   SF-05881    DMED               .00          .00


252 W:BALANCE IS ZERO
```

**RESPONSE:** 5/6/08 Sorry, but we do not forward Documents you have to do it yourself.

**PERSON RESPONDING:** M Garcia, Acctg Supervisor