IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SMITH,<br><br>        Petitioner,<br><br>  vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA; J. M. MORIMOTO; J. BLACK; S. SMITHSTEIN; M. DAVIS; J. ENCINIAS; R. BELES; KAREN MEREDITH,<br><br>        Respondents.<br>                                        / | No. C 08-3421 WHA (PR)<br><br>**DISMISSAL WITHOUT PREJUDICE** |

      This is a habeas case filed pro se by a state prisoner. Petitioner concedes in his petition that he presently has a state habeas petition pending before the Alameda County Superior Court. The Ninth Circuit has held unequivocally that the habeas exhaustion requirement is not satisfied if there is a pending proceeding in state court, even if the issue the petitioner seeks to raise in federal court has been finally determined by the highest available state court. *Sherwood v. Tomkins*, 716 F.2d 632, 634 (9th Cir. 1983). This is because the pending state action might result in reversal of the conviction on some other ground, mooting the federal case. *Id.* This is true not only in the *Sherwood* fact pattern, where although a state direct appeal was pending the federal issues had been decided by the state courts via another procedural route, but also to this fact pattern, in which a state postconviction proceeding is pending. *Schnepp v. Oregon*, 333 F.2d 288 (9th Cir. 1964).

Although *Younger* abstention[1] might seem a better rationale for this requirement than exhaustion, *see Phillips v. Vasquez*, 56 F.3d 1030, 1038-39 (9th Cir. 1995) (concurring opinion), the requirement is nevertheless well-established in this circuit.

The petition must be dismissed without prejudice to refiling it when no further proceedings are pending in the California state courts. *See Sherwood*, 716 F.2d at 634 (if state court action is pending, claims are not exhausted).

## CONCLUSION

For the reasons set out above, the petition is **DISMISSED** without prejudice.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August  4  , 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\pdf docs\zz08-3421ord.wpd

---

[1] *Younger v. Harris*, 401 U.S. 37, 54 (1971).

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

          Plaintiff,

  v.

PEOPLE OF STATE OF CA et al,

          Defendant.
_____/

Case Number: CV08-03421 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Smith
T-43912
5325 Broder Blvd.
Dublin, CA 94568

Dated: August 4, 2008

                                          Richard W. Wieking, Clerk
                                          By: Frank Justiliano, Deputy Clerk