**United States District Court**
For the Northern District of California

1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT
7
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   REGINALD SMITH,                                No. C 08-3421 WHA (PR)
11                  Petitioner,                    **JUDGMENT**
12      vs.
13   PEOPLE OF THE STATE OF
     CALIFORNIA; J. M. MORIMOTO; J.
14   BLACK; S. SMITHSTEIN; M.
     DAVIS; J. ENCINIAS; R. BELES;
15   KAREN MEREDITH,
16                  Respondents.
                                              /
17
18
         Pursuant to the court's order entered today, a judgment of dismissal without prejudice is
19
     hereby entered.  Plaintiff shall receive no relief by way of his petition.
20
         **IT IS SO ORDERED.**
21
22
     Dated: August __4__, 2008.                    /s/ William Alsup
23                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28   N:\pdf docs\zz08-3421jud.wpd

     .

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

        Plaintiff,

  v.

PEOPLE OF STATE OF CA et al,

        Defendant.

_____/

Case Number: CV08-03421 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Smith
T-43912
5325 Broder Blvd.
Dublin, CA 94568

Dated: August 4, 2008

                                      Richard W. Wieking, Clerk
                                      By: Frank Justiliano, Deputy Clerk