

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Reginald Smith
T-43912
5125 Broder Blvd.
Dublin, CA 94568

SAN FRANCISCO CA 941
OAKLAND CA 945
05 AUG 2008 PM
05 AUG 2008

RETURN TO SENDER
NOT IN RETURN

02 1A
0004329882
MAILED FROM ZIPCODE 94102
$00.590
AUG 05 2008