<u>Notice of Change of Address</u>

Smith, Reginald
CO-918-3
P.O. Box 5003
Coalinga, CA.
93210

FILED
08 AUG 11 PM 2:12
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>U.S. Northern District Court</u>

Smith, Reginald
    Petitioner

Vs.

J. Black, Smithstein S.
    Defendant

Case: CV-08-3421 WHA(PR)

MOTION FOR CHANGE OF ADDRESS..

Magistrate: Your Honor and Clerk of the Court. I the Petitioner of the above case file such a notice due to being on 7-30-2008 I was then Relocated from 5325 broder Bl. Dublin.

New Address as above. P.O. Box 5003 Coalinga, CA-93210 Seeking a court Electronic Notice Returned to Petitioner. Then Receiving no courts orders nor Documents then Required. Prior to the date above.

Please Assisted Me.

Date 8/7/2008

Sign. Reginald Smith
REGINALD SMITH
CO-918-3

## PROOF OF SERVICE BY MAIL

Petitioners Notice of change of Address for filing

SMITH, REGinold
CO-918-3
P.O. Box 5003
COALINGA CALIF
93210

_____

TO   U.S. Northern district court

450 Golden Gate Ave

SAN Francisco CA-94102

Date 8/7/08

SIGN Smith Reginald
REGINOLD
SMITH
CO-918-3



SMITH, REGINALD
CO- 918-3
P.O. Box 5003
COALINGA CALIF
93210

LEGAL MAIL

TO: U.S. NORTHERN
DISTRICT COURT
450 GOLDEN GATE
AVE
SAN Francisco
CALIF 94102

$0.42
AUG 08 2008
US POSTAGE
First-Class Mail
MAILED FROM 93210
048J0085002666

LC GNZ Mint